**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
JUAN DEJESUS,

                            Plaintiff,                24 **CIVIL** 7037 (JW)

      -v-                                **JUDGMENT**

MICHELLE KING,
ACTING COMMISSIONER OF SOCIAL SECURITY,

                           Defendant.
--------------------------------------------------------------------X


It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated February 19, 2025, that the final decision of the

Commissioner be reversed, and the above-captioned action be remanded to the Commissioner of

Social Security for further administrative proceedings pursuant to the fourth sentence of 42

U.S.C. § 405(g), including that Plaintiff will be offered a hearing. The parties also consent to the

entry of a judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

**Dated:** New York, New York

      February 20, 2025


                                          **TAMMI M. HELLWIG**
                                          **Clerk of Court**

                          **BY:**

                                  _____
                                        **Deputy Clerk**